**FILED**

1    JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FEB 2 0 2009

2

BRIAN STRETCH (CABN 163973)
3    Chief, Criminal Division

**RICHARD W. WIEKING**
**CLERK U.S. DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**

4    DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
5    450 Golden Gate Avenue
San Francisco, California 94102
6    Telephone: (415) 522-6031
Facsimile: (415) 436-7234
7    E-Mail: Daryl.Eremin@usdoj.gov

8    Attorneys for the United States

9

UNITED STATES DISTRICT COURT
10

NORTHERN DISTRICT OF CALIFORNIA
11

SAN FRANCISCO DIVISION
12

UNITED STATES OF AMERICA,    )    Criminal No. CR 09-0122 PJH
13
     Plaintiff,    )
14                                   )
   v.                 )    [PROPOSED] ORDER AND
15                                   )    STIPULATION EXCLUDING TIME
   GREGORIO CANCHE-MAI          )    FROM FEBRUARY 19, 2009, TO MARCH
16    a/k/a Gregorio Canche-May,      )    18, 2009
   a/k/a Gregorio Canche-Maya, and    )
17    a/k/a Manuel Jesus Ek-Pech,      )
                                   )
18      Defendant.           )
                                   )
19    _____ )

20

21      The parties appeared before the Honorable Nandor J. Vadas on February 19, 2009.

22    With the agreement of counsel for both parties, the Court found and held as follows:

23      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24    3161, from February 19, 2009, to March 18, 2009, in light of the need for defendant's counsel to

25    review discovery. Failure to grant the requested continuance would unreasonably deny defense

26    counsel reasonable time necessary for effective preparation, taking into account the exercise of

27    due diligence and the need for counsel to review the discovery with the defendant.

28    [PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0122 PJH

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 19, 2009, to March 18, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 19, 2009, to March 18, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: February 19, 2009

/s/
STEVEN KALAR
Counsel for Gregorio Canche-Mai

DATED: February 19, 2009

/s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 2/20/09

THE HON. NANDOR J. VADAS
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0122 PJH                                    2